# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1980

_____

United States of America,

       Appellee,

v.

Arden J. Messersmith,

       Appellant.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska.
\*     [UNPUBLISHED]
\*
\*

_____

Submitted: September 5, 2002
Filed: September 11, 2002

_____

Before McMILLIAN, MURPHY, and RILEY, Circuit Judges.

_____

PER CURIAM.

Arden J. Messersmith pleaded guilty to one count of conspiring to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and was sentenced to 262 months imprisonment and 5 years supervised release. Messersmith did not appeal. Within one year, the government moved to reduce his sentence under Fed. R. Crim. P. 35(b), and the district court[1] reduced the sentence to 131 months imprisonment to be followed by 5 years supervised release. Messersmith now appeals the reduced sentence. His counsel has moved to withdraw, filing a brief

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967).  For reversal, counsel argues that Messersmith's sentence should have been reduced more based on his assistance to the government.

This court lacks jurisdiction to review the extent of a departure made by a district court under Rule 35(b).  <u>See</u> <u>United States v. Coppedge</u>, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam) (dismissing challenge to extent of Rule 35(b) reduction because appeal is not based on any criteria listed in 18 U.S.C. § 3742(a)).  Accordingly, we dismiss this appeal for lack of jurisdiction, and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.